United States Courts
Southern District of Texas
FILED
*January 26, 2023*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **CRIMINAL NO.: 4:23-CR-042** |
| § | |
| **CEDRIC TYRONE WALKER** § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment, the United States Marshals Service (USMS) is and was a federal law enforcement agency within the United States Department of Justice, which employs officers whose official duties include the transportation and security of prisoners.

### COUNT ONE
### Assault of Certain Officers
### Resulting in Bodily Injury

On or about December 27, 2022, in the Houston Division of the Southern District of Texas, the defendant,

**CEDRIC TYRONE WALKER,**

did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Supervisory Deputy United States Marshal (SDUSM) J.R., and did engage in acts involving physical

contact resulting in bodily injury to SDUSM J.R., while SDUSM J.R. was engaged in the performance of official duties.

In violation of Title 18, United States Code, Section §111(a)(1) and (b).

A TRUE BILL:

**Original Signature on File**

FOREPERSON OF THE GRAND JURY


ALAMDAR S. HAMDANI
United States Attorney

BY: _____
CARRIE WIRSING
Assistant United States Attorney