```
                IN THE UNITED STATES DISTRICT COURT

               FOR THE SOUTHERN DISTRICT OF TEXAS

                        HOUSTON DIVISION

USA                          §    CASE NO. 4:23-cr-0042
                             §    HOUSTON, TX
VERSUS                       §    TUESDAY,
                             §    FEBRUARY 7, 2023
CEDRIC TYRONE WALKER         §    10:00 AM TO 10:06 AM

                  ARRAIGNMENT/DETENTION HEARING

          BEFORE THE HONORABLE GEORGE C. HANKS, JR.
                 UNITED STATES MAGISTRATE JUDGE

                           APPEARANCES:


     FOR THE PARTIES:              SEE NEXT PAGE

     COURT REPORTER:               SHANNON HOLDEN

     COURT CLERK:                  JASON MARCHAND
```

TRANSCRIPTION SERVICE BY:

Veritext Legal Solutions
330 Old Country Road, Suite 300
Mineola, NY 11501
Tel:  800-727-6396 ▼ www.veritext.com

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

```
 1                          APPEARANCES:

 2   FOR THE UNITED STATES:        US ATTORNEYS OFFICE
                                   Joe Porto
 3                                 1000 Louisiana Street
                                   Suite 2300
 4                                 Houston, TX 77002
                                   713.567.9000
 5

 6   FOR THE DEFENDANT:            OFFICE OF THE FEDERAL PUBLIC
                                   DEFENDER
 7                                 Darryl Emmanuel Austin
                                   440 Louisiana Street
 8                                 Suite 1350
                                   Houston, TX 77002
 9                                 713.718.4600

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    HOUSTON, TEXAS; TUESDAY, FEBRUARY 7, 2023; 10:00 A.M.

2    THE COURT: Welcome. Be seated. Cedric Tyrone
3 Walker. Who's here for the United States?

4    MR. PORTO: Joe Porto for Carrie Wirsing, Your Honor.

5    THE COURT: For Mr. Walker?

6    MR. PORTO: Carrie Wirsing.

7    THE COURT: For Mr. Walker?

8    MR. AUSTIN: Good morning, Your Honor. Daryl Austin
9 on behalf of Mr. Walker.

10    THE COURT: What's your name, sir?

11    MR. WALKER: Cedric Tyrone Walker.

12    THE COURT: Did you receive a copy of the indictment
13 that's been filed against you?

14    MR. WALKER: Yes, sir.

15    THE COURT: You're charged with assaulting a federal
16 officer, apparently a deputy marshal, while that marshal was
17 engaged in the performance of their duties. This charge
18 carries up to 20 years in prison, a fine of up to $250,000, up
19 to three years of supervised release, and a $100 special
20 assessment. Do you understand all that, sir?

21    MR. WALKER: Yes, sir.

22    THE COURT: And have you had a chance to speak with
23 Mr. Austin about that?

24    MR. WALKER: Who is that?

25    THE COURT: That guy right there.

1       MR. WALKER:  Yeah.

2       THE COURT:  Your lawyer.

3       MR. WALKER:  We just spoke.  Okay.

4       THE COURT:  You met him?

5       MR. WALKER:  Yes, sir.  I just met him.

6       THE COURT:  All right.  Did you -- did you talk to
7  him?

8       MR. WALKER:  Yes, sir.

9       THE COURT:  Whether you know his name or not, you
10 understand that's your lawyer?

11      MR. WALKER:  Yes, sir.

12      THE COURT:  And did you talk to him about the charge?

13      MR. WALKER:  Yes, sir.

14      THE COURT:  And do you understand the charge and the
15 maximum possible penalty?

16      MR. WALKER:  Yes, sir.

17      THE COURT:  Does Counsel waive formal reading of the
18 indictment?

19      MR. AUSTIN:  Yes, Judge.

20      THE COURT:  And how does he plead?

21      MR. AUSTIN:  Not guilty.

22      THE COURT:  Not guilty plea is entered on the record
23 for you.  Your case is assigned to Judge Hanks.  Motions are
24 due February 21, responses March 7.  The pretrial conference is
25 March 10th at 10:00.  Case is set for jury trial on March 20th

1 at 9:00. What's the estimated time of trial?

2 MR. PORTO: Two days, Your Honor.

3 THE COURT: My understanding is that he's still in
4 custody on the original charge with a release date of April
5 3rd, 2023, at least according to the BOP website. What was
6 your plan about detention?

7 MR. AUSTIN: So this was a bit of a wrinkle I didn't
8 realize. He was -- well, I didn't set it, but I think he is
9 certainly in custody until March or April, so I don't think he
10 can get out.

11 THE COURT: Yeah. The BOP says April 3rd, and I know
12 that there was some statement in here to the contrary.

13 MR. AUSTIN: Yeah. So I don't know if -- well, I
14 know he can't get out today for sure.

15 THE COURT: Right.

16 MR. AUSTIN: Even if you give -- if you grant a bond.
17 The real question for me is if he's able to get a bond at a
18 future time once his sentence is over. I don't know how that
19 would work.

20 THE COURT: Wouldn't that be a change of
21 circumstances --

22 MR. AUSTIN: Yes.

23 THE COURT: -- for which you could file a motion to
24 reopen?

25 MR. AUSTIN: Yes. So my plan -- I didn't know the

1    Court's preference on that.
2            THE COURT: I'm happy to do that --
3            MR. AUSTIN: Okay. Thank you.
4            THE COURT: -- if you want.
5            MR. AUSTIN: Yes, I do. Because right now we're not
6    --
7            THE COURT: What we're talking about is -- sir, just
8    to explain, and you can tell me if this is --
9            MR. AUSTIN: I will.
10           THE COURT: -- what you're trying to say.
11           You're in custody on that underlying charge on the
12   sentence Judge Miller gave you all those years ago, and you
13   don't get out on that until April 3rd.
14           MR. WALKER: It supposed to be March 7th, sir.
15           THE COURT: So March 7th. Either way, those dates
16   have not gotten here yet.
17           MR. WALKER: March 7th, and then --
18           THE COURT: So you pay attention to me.
19           MR. WALKER: Yes, sir.
20           THE COURT: And then you can ask me any question.
21   The point is no matter what we do today, I can't let you out
22   because you're under a sentence.
23           MR. WALKER: Mh hmm.
24           THE COURT: Once we figure out the date that that
25   sentence expires and you talk to Mr. Austin, if you want to

1  come back to me and there's at least a theoretical possibility
2  that I can let you out, then we'll do the hearing then.  I'm
3  happy to do that.  I'll even enter an order saying, you know,
4  that Mr. Austin can come back, file a motion, and tell me,
5  "Okay.  His sentence is expired, and, you know, we want to have
6  the bail hearing."  Make sense?
7           MR. WALKER:  Yes, sir.
8           THE COURT:  Is that what you want to do?
9           MR. AUSTIN:  That is, Your Honor.  I didn't know if
10 that was possible.
11          THE COURT:  Any objection to that, Mr. Porto?
12          MR. PORTO:  No.
13          THE COURT:  So if he comes back and files a motion,
14 it'll be an unopposed motion, correct?
15          MR. PORTO:  Unopposed motion to have a hearing?
16          THE COURT:  To reopen --
17          MR. PORTO:  To reopen.
18          THE COURT:  To open --
19          MR. PORTO:  Correct.
20          THE COURT:  -- the hearing and have the hearing.
21          MR. PORTO:  Correct.
22          THE COURT:  Right.
23          MR. AUSTIN:  Yes.  Thank you, Judge.
24          THE COURT:  Okay.  All right.  Then that's what we'll
25 do.  I'll enter an order detaining him at this point, so he

1  waives his detention hearing today.
2         MR. AUSTIN:  Yes, sir.
3         THE COURT:  And so, sir, by waiving your detention
4  hearing today, I'm going to remand you to custody, and then you
5  can file a motion once your sentence is up.  You can talk to
6  Mr. Austin about that some more between now and then.  Make
7  sense?
8         MR. WALKER:  Mh hmm.
9         THE COURT:  Yes?
10        MR. WALKER:  Yes, sir.
11        THE COURT:  Then I accept your waiver as knowing and
12 voluntary.
13        Anything else we can do today?
14        MR. AUSTIN:  No, Your Honor.
15        THE COURT:  Mr. Porto?
16        MR. PORTO:  No, Your Honor.
17        THE COURT:  All right.  Then everyone is excused.
18 Thank you.
19        CLERK:  All rise.
20     (Hearing adjourned at 10:05 A.M.)
21                      * * * * *

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certified that the foregoing transcript is a true and accurate record of the proceedings.

*[Signature: Sonya M. Ledanski Hyde]*

Sonya Ledanski Hyde

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date: September 1, 2023